# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANGIE QUINTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:10-cv-01154-GMN-PAL<br><br>**ORDER** |

　　　　IT IS ORDERED that the Minute Order in Chambers (Dkt. #29) entered April 1, 2011, be **STRICKEN** from the record as it was entered in error.

　　　　Dated this 1st day of April, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge